# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 11-cv-01882-REB-KMT

DAVID REEKERS,

    Plaintiff,

v.

HOMECARE LABS, INC.,
CHEMTURA CORPORATION, and
WAL-MART STORES, INC.,

    Defendant.

## ORDER WITHDRAWING NOTICE OF REMOVAL
## AND DISMISSING CASE

**Blackburn, J.**

    This matter is before me on defendant Wal-Mart Stores, Inc.'s **Notice of Defendant Wal-Mart's Withdrawal of Removal** [#8][1] filed July 27, 2011. The plaintiff filed this case initially in the District Court of Pueblo County, Colorado, under Case No. 2011CV322 (State Court Case). Wal-Mart then filed two separate notices of removal in this federal district court, both of which concern the State Court Case. The first **Notice of Removal** [#1] filed by Wal-Mart was assigned Civil Action No.11-cv-01882-REB-KMT. The second **Notice of Removal** [#1] filed by Wal-Mart was assigned Civil Action No. 11-cv-01890-REB-MEH.

    Wal-Mart now seeks to withdraw the notice of removal filed in this case, Civil Action No. 11-cv-01882-REB-KMT, because the notice of removal in this case

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

essentially duplicates the notice of removal in Civil Action No. 11-cv-01890-REB-MEH and causes the claims asserted in the State Court Case to be pending under two different case numbers in this court. There is no need for such duplication.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Removal** [#1] filed in this case, Civil Action No. 11-cv-01882-REB-KMT, on July 20, 2011, is **WITHDRAWN**; and

2. That the above-captioned case, Civil Action No. 11-cv-01882-REB-KMT, is **DISMISSED**.

Dated July 28, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge